# UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| YUK FUN JOANNE BEDFORD, *et al.,* | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00104-O |
| | § | |
| FOO TIANG MENG DIRK ROBERT, | § | |
| INDIVIDUALLY AND AS TRUSTEE OF | § | |
| THE HILLS OF WINDRIDGE TRUST, | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

This Court, having found that Plaintiffs failed to provide proof of service of process to Defendant within the allotted timeframe, now enters final judgment pursuant to Federal Rule of Civil Procedure 58(a). It is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' case be **DISMISSED without prejudice** for failure to effectuate service of process.

**SO ORDERED** this **24th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE